

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2020

No. 04-19-00059-CV

**CONTINENTAL MOTORS, INC**.,
Appellant

v.

**DANBURY AEROSPACE, INC.**, Airmotive Engineering Corporation, Engine Components
International, Inc., EC Services, Inc., Precision Machined Airparts, Inc., Sterling Machinery &
Process, Inc., and Aircooled Motors, Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI18283
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

On September 1, 2020, appellees filed a motion to expedite this court's mandate in this appeal. Appellant has not opposed. *See* TEX. R. APP. P. 10.3(a). The motion is GRANTED, and the clerk of the court is DIRECTED to issue this court's mandate in this appeal contemporaneously with the issuance of this order. *See* TEX. R. APP. P. 18.1(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2020.

_____
Michael A. Cruz,
Clerk of Court